# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT PEREZ,<br><br>　　　　　　Defendant. | 2:12-cr-00360-JCM-VCF<br><br>**ORDER**<br>[Defendant's Demand for Production.  (#38).] |

Before the Court is Defendant's Demand for Production.  (#38).

**A.  Background**

Defendant made his initial appearance on September 14, 2012 and Federal Public Defender, Elisa Vasquez, Esq., was appointed as counsel of record.  (#4).  Government moved for detention and Defendant was remanded to custody.  *Id.*  On September 24, 2012, Assistant Federal Public Defender, Rebecca A. Rosenstein, Esq., filed a Notice of Appearance as counsel for Defendant.  (#15).  Defendant appeared before the court on October 5, 2012, for his arraignment and plea and Defendant pleaded not guilty to Counts 1 and 2.  (#25).  Jury trial was scheduled for December 3, 2012.  *Id.*  The jury trial was continued to March 11, 2013.  (#28).  On February 6, 2013, jury trial was continued to June 17, 2013.  (#33).

**B.  Motion**

Defendant Perez filed the instant motion on his own behalf.  (#38).  He is demanding production of the Grand Jury Foreperson's wet ink signature on the Grand Jury Indictment.  *Id.*

### C. Discussion

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." As Ms. Rosenstein is Defendant's counsel of record (#15) and has not filed a motion to withdraw as counsel, Defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a). The motion filed by Defendant as stated above are deemed improper and stricken.

Accordingly,

IT IS ORDERED that Defendant's Demand for Production (#38) is hereby STRICKEN.

DATED this 21st day of May, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE